# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Christina L. Dorton ,

    Plaintiff(s),

vs.

Michael J. Astrue ,

    Defendant(s).

JUDGMENT IN A CIVIL CASE

3:08-cv-191

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's December 9, 2009 Order.

Signed: December 9, 2009

Frank G. Johns, Clerk
United States District Court